# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JASON SPIVEY, § | |
| § | |
| Plaintiff, § | No.: 3:13-CV-649 |
| § | |
| vs. § | |
| § | |
| NORFOLK SOUTHERN RAILWAY § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), comes the Plaintiff, and by agreement with counsel for the Defendant, stipulates a dismissal of his action against the Defendant.

It is further understood and agreed by all parties that this Stipulation of Dismissal, dismisses this case against the Defendant, with prejudice, with each party to bear their own discretionary costs.

**ENTER** this 29th day of September, 2014.

_____
United States District Court Judge

**APPROVED FOR ENTRY:**

GILREATH & ASSOCIATES

S/ Sidney W. Gilreath, Esq., BPR #002000
550 W. Main Street, Suite 600
P.O. Box 1270
Knoxville, Tennessee 37902-1270
(865) 637-2442

Douglas C. Dumont, Esq.
WARSHAUER LAW GROUP, P.C.
3350 Riverwood Parkway, Ste. 2000
Atlanta, Georgia    30339
(404) 892-4900
*ATTORNEYS FOR PLAINTIFF*


BAKER, O'KANE, ATKINS & THOMPSON

S/ John W. Baker, Jr., Esq., BPR #001261
  *Attorney for Defendant*
  2607 Kingston Pike, Suite 200
  P. O. Box 1708
  Knoxville, Tennessee 37901-1708
  (865) 637-5600